187 So. 189

### CHANDLER et al. v. STATE ex rel. KILLCREASE, Deputy Solicitor.

#### 8 Div. 952.

Supreme Court of Alabama.

Feb. 16, 1939.

Rehearing Denied March 16, 1939.

Joe Creel, of Guntersville, for appellants.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for appellee.

ANDERSON, Chief Justice.

This was a bill to abate a liquor nuisance under section 4671, Chapter 167 of the Code of 1923.

The weight of the evidence shows that appellants either maintained or knowingly permitted the operation of a liquor nuisance on their premises for many months, including the six months immediately preceding the filing of the bill of complaint, and the decree of the circuit court is affirmed.

Affirmed.

GARDNER, BOULDIN, and FOSTER, JJ., concur.